FLORENCE LATIN,

              Plaintiff,

-against-

OSHKOSH B'GOSH, INC.,

              Defendant.

04 CV 5118 (ARR)

<u>NOT FOR PUBLICATION</u>

<u>OPINION AND ORDER</u>

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated October 14, 2005 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de</u> <u>novo</u> review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this action is dismissed for lack of subject matter jurisdiction. SO ORDERED.

                                              Allyne R. Ross
                                              United States District Judge

Dated: November 7, 2005
       Brooklyn, New York

SERVICE LIST:

1

350 Broadway, Suite 703
New York, NY 10013

*Counsel for Defendant*:
Robert Alexander Hulten
Law Offices of Bruce A. Lawrence
1 MetroTech Center North, 11th Floor
Brooklyn, NY 11201

cc: Magistrate Viktor V. Pohorelsky